# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:17-cv-61125-COOKE/Goodman**

TRUDY REYNOLDS, individually and on behalf of all other similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., a Delaware Corporation; USHEALTH ADVISORS, LLC, a Texas limited liability company; MICHAEL SMOOT, individually; FLOYD T. HERNDON, individually; and DONALD DENTE, individually,

Defendants.
_______________________________________/

**DECLARATION OF USHEALTH GROUP, INC.**

I, Konrad Kober, on behalf of USHEALTH GROUP, INC., declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Konrad Kober. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH GROUP, INC. ("UHG"), and I give this Declaration of my own free will.

2. I currently serve USHEALTH Group, Inc. as its Executive Vice President. I have been an officer with USHEALTH Group, Inc. for over ten (10) years. I am familiar with the

nature of USHEALTH Group, Inc.'s business dealings and transactions with third parties. I am authorized to make this declaration on behalf of USHEALTH Group, Inc.

3. USHEALTH GROUP, INC. is a Delaware Corporation with its principal place of business in Fort Worth, Texas.

4. USHEALTH GROUP, INC. is a separate and distinct entity from co-defendant USHEALTH Advisors, LLC.

5. Each company has its own governing board and holds separate meetings of its governing body.

6. Each company makes independent decisions without the approval of the other, including but not limited to hiring decisions.

7. Each company employs separate accounting procedures and maintains separate books and records.

8. USHEALTH GROUP, INC. does not maintain any corporate offices in the State of Florida, does not own, occupy, rent or lease property or have any personal property in the State of Florida.

9. USHEALTH GROUP, INC. does not have any bank accounts or employees or mail box addresses or telephone phone numbers in the State of Florida and does not pay taxes in the State of Florida.

10. USHEALTH GROUP, INC. is not licensed to do business in Florida.

11. USHEALTH GROUP, INC. has not attempted to procure or solicit business or a business relationship from any individual or business entity within the State of Florida.

12. USHEALTH GROUP, INC. has not created or published any advertising material that is directed toward the state or the consumers here.

13. USHEALTH GROUP, INC. did not authorize any employees, independent contractors or third parties or agents to place calls on its behalf in the State of Florida.

14. USHEALTH GROUP, INC. has never authorized, directed or attempted to procure or solicit a business relationship with Defendants Michael Smoot, Floyd T. Herndon, or Donald Dente.

15. USHEALTH GROUP, INC. does not and never has employed Defendants Michael Smoot, Floyd T. Herndon, or Donald Dente.

16. USHEALTH GROUP, INC. did not make or direct the telephone call alleged to have been made to Plaintiff – or any others like it.

17. USHEALTH GROUP, INC. has never owned or operated a call center in Florida.

**SIGNATURE PAGE FOLLOWS ON THE NEXT PAGE.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Tarrant County, Texas on this 16th day of October, 2017.

Konrad Kober, on behalf of USHEALTH GROUP, INC.