# Appendix 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Case No. 17-cv-61125-COOKE/GOODMAN**

TRUDY REYNOLDS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., a Delaware corporation; USHEALTH ADVISORS, LLC, a Texas limited liability company; MICHAEL SMOOT, individually; FLOYD T. HERNDON, individually; and DONALD DENTE, individually,

Defendants.

**DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT USHEALTH GROUP, INC'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)**

I, Jennifer Rust Murray, declare as follows:

1. I am a member of Terrell Marshall Law Group PLLC, co-counsel for Plaintiff in the above-captioned matter. I am admitted *Pro Hac Vice* to practice before this Court and am a member in good standing of the bars of the states of Washington and Oregon. I respectfully submit this declaration in support of Plaintiff's Opposition to Defendant USHealth Group, Inc.'s Motion to Dismiss the Amended Class Action Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) in the above-captioned class action. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot of a webpage from http://www.ushealthgroup.com/AboutUSHG.aspx (downloaded on November 4, 2017).

3. Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of a webpage from http://www.ushealthgroup.com/BecomeAnAgent.aspx (downloaded on November 4, 2017).

4. Attached hereto as Exhibit 3 is a true and correct copy of a screenshot of a webpage from http://www.ushealthgroup.com/NewsReader.aspx?id=12 (downloaded on November 4, 2017).

5. On November 4, 2017, I visited USHealth Group's interactive website, http://www.ushealthgroup.com/GetQuote.aspx. This website offers the ability to "Get a Quote." Attached hereto as Exhibit 4 is a true and correct copy of a screenshot of this webpage (downloaded on November 4, 2017).

6. I entered the Florida zip code "33301" into the designated box on the "Get a Quote" webpage, pressed "Find," and received information for six different agents, including Floyd Herndon. Attached hereto as Exhibit 5 is a true and correct copy of a screenshot of this webpage,

7. I received information for six different "Agents." I clicked on the link to "Select" one of the agents, Floyd Herndon, and was provided with a contact form that described Mr. Herndon as a "USHealth Group Agent." Attached hereto as Exhibit 6 is a true and correct copy of a screenshot of this webpage (downloaded on November 4, 2017).

8. At my direction, my staff searched publicly-available records and determined that USHealth Group is not registered on licensed to sell insurance in *any* state.

9. I understand that USHealth Group is represented by the same Florida-based counsel as USHealth Advisors. This understanding is based on the fact that the same counsel, Greenspoon Marder, P.A. filed the motion to dismiss on behalf of USHealth Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington, this 6TH day of NOVEMBER, 2017.

/s/ Jennifer Rust Murray, *Admitted Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

I, Scott D. Owens, hereby certify that on November 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard W. Epstein, FBN #229091
Jeffrey A. Backman, FBN #662501
Lauren Shoemake, FBN #94316
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 491-1120
Facsimile: (954) 213-0140
Email: Richard.Epstein@gmlaw.com
Email: Jeffrey.Backman@gmlaw.com
Email: Lauren.Shoemake@gmlaw.com

*Attorneys for Defendant USHealth Advisors, LLC and USHealth Group, Inc.*

Michael Smoot
800 River Terrace
Prescott, Wisconsin 54021-7043
Telephone: (623)261-4458
Email: michaelsmootaz@gmail.com

*Defendant Appearing Pro Se*

Peter S. Baumberger
Michael F. Suarez
KUBICKI DRAPER, P.A.
400 North Ashley Drive
Tampa, Florida 33602-4318
Telephone: (813)314-1155
Email: psb@kubickidraper.com
Email: psb-kd@kubickidraper.com
Email: mfs@kubickidraper.com

*Attorneys for Defendant Donald Dente*

Scott W. Atherton
Terence Michael Mullen
Brittany A. Tarazona
ATHERTON MCAULIFFE & REEDER PA
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
Telephone: (561)293-2530
Facsimile: (561)293-2593
Email: scott@athertonlg.com
Email: terence@athertonlg.com
Email: brittany@athertonlg.com

*Attorneys for Defendant Floyd T. Herndon*

I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

DATED this 6th day of November, 2017.

SCOTT D. OWENS, P.A.

By: /s/ Scott D. Owens (No. 597651)
Scott D. Owens (No. 597651)
Patrick C. Crotty (No. 108541)
3800 South Ocean Drive, Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
Email: scott@scottdowens.com
Email: patrick@scottdowens.com

*Attorneys for Plaintiff*

# Exhibit 1

## About USHEALTH Group

### OUR COMPANY

Based in Fort Worth, Texas, USHEALTH Group, Inc. through its subsidiaries of Freedom Life Insurance Company of America and National Foundation Life Insurance is dedicated to providing innovative Life, Specified Disease/Sickness, Accident and Disability Insurance solutions for self-employed individuals, families, small business owners and their employees. Through its insurance companies, USHEALTH Group has served more than 15 million customers with individually tailored plans for more than 50 collective years.

### OUR PRODUCTS

When it comes to Specified Disease/Sickness and Accident coverage, the USHEALTH Group family of companies understands that every customer has different needs. We believe in choice and we believe our customers truly value the array of options we provide as they choose the protection that is most appropriate for them. To that end, we have developed a broad portfolio of coverages that promote customer choice. Our innovative product designs make the USHEALTH Group family of companies uniquely qualified to address each customer's need for flexibility, affordability and reliability in their insurance selections.

For those customers who are either on a limited budget or are concerned about having to satisfy a high annual deductible before they receive any benefits from their insurance plan, we offer a portfolio of innovative products which provide first dollar benefits for covered services and substantial network discounts across a broad spectrum of providers. These plans are typically more affordable than more comprehensive plans, while still providing the first dollar protection and assurances that a limited protection plan offers.

For customers who want the security of a more tailored coverage approach and can afford a specified level of cost sharing, USHEALTH Group's family of companies unique selection of Specified Disease/Sickness and Accident Plans provide welcome solutions that are flexible, affordable and reliable; the hallmarks of USHEALTH Group's ongoing commitment to customer satisfaction.

No matter which type of health coverage they choose, we help our customers enhance their protection with our full line of ancillary products, including Critical Illness, Specified Disease/Sickness, Accident, Short Term Accident Disability Income, Income Protector, Term Life Insurance, Dental and Vision Plans.

In a marketplace characterized by high customer turnover and low customer loyalty, USHEALTH Group insurance companies differentiate themselves by creating long-term relationships with our customers, making USHEALTH Group a trusted ally that consistently delivers on its promise of dependability.

### OUR ADVISORS

USHEALTH Group with its family of companies offers their Specified Disease/Sickness, Life and supplemental products through their wholly-owned subsidiary, USHEALTH Advisors. In the complex world of health insurance, our customers are assured of an exceptional buying experience anchored by the guidance of a licensed and trusted USHEALTH Advisors Agent, who must meet specific product training and certification standards before being authorized to represent our products.

Our commitment to personal attention has made USHEALTH Advisors a recognized world leader for business growth, innovation and customer care. Every day, more and more individuals, families and small business owners are turning to USHEALTH Advisors and USHEALTH Group to fulfill their insurance coverage needs.

### OUR SERVICE

USHEALTH Group subsidiaries understand two fundamental truths: 1) every customer is unique and, 2) a "one size fits all" approach is not always the answer. That's why we provide a broad choice of affordable solutions that meet each customer's individual needs. Once our customer chooses their plan, USHEALTH Group solidifies their decision with our award-winning customer service and exceptional claim processing. Being named a **2013 Top 50 North American Call Center** ranks USHEALTH Group among the elite companies in America for customer service. And with average claim processing and payment cycles that are the envy of the insurance industry, USHEALTH Group has built a stellar reputation for customer care, earning the company an **A+ rating** from the Better Business Bureau.

## USHEALTH Central




Find an Agent

(https://www.ushealthgroup.com/GetQuote.aspx)

Need sales assistance?

To contact a Licensed Agent submit your home zip code.

Find An Agent




Login + (https://myushg.ushealthgroup.com/login.aspx)

## I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates

> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/Lookup.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)




Get Started +

View Our Products

PremierChoice (PremierChoice.aspx)
Secure Advantage (SecureAdvantage.aspx)
SecureDental (Dental.aspx)
PremierVision (Vision.aspx)
MedGuard (MedGuard.aspx)
Life Protector (LifeProtector.aspx)
Accident Protector (AccidentProtector.aspx)
Income Protector (IncomeProtector.aspx)
Essential Health Benefit (EHB.aspx)
PPO Networks (PPO.aspx)

# Exhibit 2

## USHEALTH Advisors: Become an Agent




USHEALTH Advisors is the marketing arm of USHEALTH Group, and specializes in marketing a portfolio of uncompromising health coverage plans underwritten and insured by USHEALTH Group's family of insurance companies.

Our target market is the individual American, the self-employed entrepreneur, the small business owner and his or her employees and their dependents.

USHEALTH Advisors and USHEALTH Group with its family of companies have specialized in serving the diverse needs of the individual healthcare market for over 35 years. Our product mix provides opportunities to support the growing needs of the individual insurance buyer in the face of rising health costs.

### Innovative Compensation

We advance on a percentage of issued business first year commissions on a weekly basis. Monthly earned commissions together, with vested renewals, creates the opportunity for our agents to earn a six-figure income.

### Corporate Support

Agents can be assured of quality support to their policy holders as USHEALTH Group's customer service provides quick and accurate responses to questions regarding policies and claims. As MyUSHG rolls out more functionality in their customer portal the customer's self service opportunities grow and enable them to receive quicker and real time responses through our web site.

### Incentives

We have an exciting bonus structure for all agents. Qualifying levels for bonuses are attainable and can be maintained by regular submission of business.

### Communications

Through various avenues of communication, our sales force is kept abreast of new developments and encourage the free flow of ideas.

### Leadership Dedication

USHEALTH Advisors team recognizes and appreciates the vital role its sales representatives play in the success of the company. Every Sales Leader is a seasoned healthcare product professional and has spent years in the field as a top producing agent. They know how to succeed in the health product market and will provide you with the training and materials that will enable you to succeed as well.

***Contact us for more information on how you can begin your career with USHEALTH Advisors.***

Learn More (http://www.ushacareers.com/)

## Why Choose Us

**We believe in unparalleled value and care. What do you believe in?**

We are flexible, affordable and secure. Our full portfolio of plans lets you tailor coverage to YOUR needs and you can rest easy knowing that, We are an innovator in the industry with over **50 Collective years** of health coverage experience.

## Latest News

Troy McQuagge Honored as Gold Winner in the Annual 2017 CEO World Awards® for CEO of the Year (http://www.ushealthgroup.com/NewsReader.aspx?id=51)

USHEALTH Group, Inc. Honored as Gold Winner in the Annual 2017 CEO World Awards for Corporate Social Responsibility Initiative (http://www.ushealthgroup.com/NewsReader.aspx?id=50)

Gold Stevie® Award in 11th Annual Stevie Awards for Sales & Customer Service (http://www.ushealthgroup.com/NewsReader.aspx?id=49)

Read More (news.aspx)

## USHEALTH Central




### Find an Agent

### (https://www.ushealthgroup.com/GetQuote.aspx)

Need sales assistance?

To contact a Licensed Agent submit your home zip code.

Find An Agent




Login + (https://myushg.ushealthgroup.com/login.aspx)

## I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/Lookup.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)

# Exhibit 3

## Press Release

Back to News (News.aspx)

**USHEALTH Advisors, L.L.C. Celebrates its 2nd Weekly Sales Record in the month of October, 2011**

*Grapevine, Texas based company is also experiencing record growth*

October 19, 2011

USHEALTH Advisors, L.L.C. (USHA) has set its second weekly sales record for October; and now has a total of four record sales weeks for the year 2011.

USHA president and CEO, Troy McQuagge attributes the company's strong performance to a growing Sales Force and a well-executed business strategy. "The USHA Field Force has been flawless in their execution of our strategy," said McQuagge. "They have embraced every new health insurance product we have introduced over the last 12 months, and have been phenomenal in their efforts to help and serve their customers."

Since September, 2010, the company has developed and introduced a total of 21 new health insurance and supplementary products, making this one of the most aggressive new product strategies in the health insurance industry.

The company's sales record was highlighted by a record number of Writing Agents for the week, indicating continued healthy growth for the company. "We're very excited to see what's happening with our Writing Agent base," said Travis Yoder, USHA vice president of market development. "The USHA sales opportunity is clearly resonating with entrepreneurial individuals, who find our business model to be incredibly attractive. Moreover, they are taking advantage of the training and tools that we provide to build a richly rewarding career for themselves with USHA; which ultimately results in the multiple sales records we've been posting."

"Our product portfolio is now built for sustained, long-term growth," added Mr. McQuagge. "The USHA Field Force has the right products to meet every need for their customers in the self-employed and individual health insurance market; and they can do so, with one company, one application and one bank draft, making it extremely easy to do business with us. And with our multi-year rate guarantees, they'll want to continue doing business with us for a very long time."

About USHealth Advisors, L.L.C.
USHEALTH Advisors was founded in 2009 as Security Health Advisors, L.L.C. It is a wholly-owned national health insurance distribution arm of USHEALTH Group, Inc. The company sells individual health insurance plans and supplementary products underwritten by The Freedom Life Insurance Company of America and National Foundation Life Insurance Company, wholly-owned subsidiaries of USHEALTH Group, Inc. The company is focused on serving America's self-employed and individual insurance market through its captive Agent sales force.

About USHEALTH Group, Inc.
USHEALTH Group, Inc. is an insurance holding company based in Ft. Worth, Texas focused on providing innovative health insurance coverage for self-employed individuals and small business owners. The goal of USHEALTH is to combine the talents of its employees and agents to market competitive and profitable insurance products, while providing superior customer service in every aspect of the company's operations.

**Corporate Contact:**
Bill Shelton
817.437.5033

## USHEALTH Central




Find an Agent

(https://www.ushealthgroup.com/GetQuote.aspx)

Need sales assistance?

To contact a Licensed Agent submit your home zip code.

Find An Agent




Login + (https://myushg.ushealthgroup.com/login.aspx)

## I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/Lookup.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)




Get Started +

View Our Products

- PremierChoice (PremierChoice.aspx)
- Secure Advantage (SecureAdvantage.aspx)
- SecureDental (Dental.aspx)
- PremierVision (Vision.aspx)
- MedGuard (MedGuard.aspx)
- Life Protector (LifeProtector.aspx)
- Accident Protector (AccidentProtector.aspx)
- Income Protector (IncomeProtector.aspx)
- Essential Health Benefit (EHB.aspx)
- PPO Networks (PPO.aspx)

# Exhibit 4

Insurance underwritten by: Freedom Life Insurance Company of America National Foundation Life Insurance Company

CUSTOMERS (HTTPS://MYUSHG.USHEALTHGROUP.COM/) | AGENTS (HTTP://WWW.USHACAREERS.COM/) | PROVIDERS (HTTPS://PROVIDER.USHEALTHGROUP.COM/)

(default.aspx)

# Get a Health Insurance Quote

To begin, enter your zip code and search radius.

Zip Code 33301 20 miles ▼ Find

Google
(https://maps.google.com/maps?ll=89.999997,-32.044922&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3) Map data ©2017

## USHEALTH Central




Find an Agent
(https://www.ushealthgroup.com/getquote.aspx)

Need sales assistance?

To contact a Licensed Agent submit your home zip code.

Find An Agent




Login + (https://myushg.ushealthgroup.com/login.aspx)

## I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/CreateAccount.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)

# Exhibit 5

# Get a Health Insurance Quote

## To begin, enter your zip code and search radius.

Zip Code 33301 20 miles ▼ Find

There are 6 Agents within 20 miles of Zip Code 33301.
Please select an Agent to prepare your quote.




Garrett Laughlin
Fort Lauderdale, FL 33316
Select (GetQuoteStep2.aspx?zip=33301&agent=9e8e3daa-2c2b-47ab-9f01-36b351832950)
Myron Hauben
Davie, FL 33314
Select (GetQuoteStep2.aspx?zip=33301&agent=900d188e-4b5f-4d5e-9627-3c629ee1c598)
Floyd Herndon
Pompano Beach, FL 33069
Select (GetQuoteStep2.aspx?zip=33301&agent=aa18a027-86dd-4a09-b7a1-9596d8ba9bcd)
Khalid Waliagha
Coral Springs, FL 33076
Select (GetQuoteStep2.aspx?zip=33301&agent=60c2d9d9-8659-4b09-95e7-f023f939dfc0)
Richard Fox
Miramar, FL 33027
Select (GetQuoteStep2.aspx?zip=33301&agent=8680e776-7f59-4b63-913f-b3d52b64dfd3)
Patrick Quinn
Hollywood, FL 33024
Select (GetQuoteStep2.aspx?zip=33301&agent=d93abf83-3466-4fcf-a64c-ea6d943e9045)

## USHEALTH Central




Find an Agent

(https://www.ushealthgroup.com/getquote.aspx)

Need sales assistance?

To contact a Licensed Agent submit your home zip code.

Find An Agent




Login + (https://myushg.ushealthgroup.com/login.aspx)

## I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates
> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/CreateAccount.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)




Get Started +

## View Our Products

PremierChoice (PremierChoice.aspx)
Secure Advantage (SecureAdvantage.aspx)
SecureDental (Dental.aspx)
PremierVision (Vision.aspx)
MedGuard (MedGuard.aspx)
Life Protector (LifeProtector.aspx)
Accident Protector (AccidentProtector.aspx)
Income Protector (IncomeProtector.aspx)
PPO Networks (PPO.aspx)

# Exhibit 6

# Get a Health Insurance Quote

## Get a Quote by Email or Phone - It's Your Decision!

We respect your privacy, and the way you want to do business with us, simply fill out the basic information and tell us if you want the initial contact to be done by e-mail or phone. Based on your selection, our insurance professional will e-mail a quote back to you, or call you to better understand your specific insurance needs and a rate your comfortable with. As always, USHEALTH Group will keep your information confidential, because your privacy is important to us.

Do you currently have health insurance? **Yes** **No**

First Name

Last Name

Zip Code 33301

Age

Gender **Male** **Female**

Spouse's Age *(if applicable)*

# of Dependents *(if applicable)* 0 ▼

Contact me by **Phone** **Email**

Phone

Email

USHEALTH Group Agent

Floyd Herndon
FORT LAUDERDALE, FL 33301 Select a Different Agent (GetQuote.aspx)

Submit For Quote

*Your data abides by our stict privacy policy and won't be sold or rented, and we won't spam you.*

## USHEALTH Central




Find an Agent

(https://www.ushealthgroup.com/GetQuote.aspx)

Need sales assistance?

To contact a Licensed Agent submit your home zip code.

Find An Agent




Login + (https://myushg.ushealthgroup.com/login.aspx)

I'm A Member

USHEALTH Group Members can log into myUSHG.com (https://myushg.ushealthgroup.com/login.aspx), to view personalized information about:

> coverage & benefits
> health & wellness
> treatment & cost estimates

> pharmacy and RX services
> and much more...

> Create a myUSHG Account (https://myushg.ushealthgroup.com/Lookup.aspx)

> Login to myUSHG, click here (https://myushg.ushealthgroup.com/login.aspx)




Get Started +

View Our Products

PremierChoice (PremierChoice.aspx)
Secure Advantage (SecureAdvantage.aspx)
SecureDental (Dental.aspx)
PremierVision (Vision.aspx)
MedGuard (MedGuard.aspx)
Life Protector (LifeProtector.aspx)
Accident Protector (AccidentProtector.aspx)
Income Protector (IncomeProtector.aspx)
Essential Health Benefit (EHB.aspx)
PPO Networks (PPO.aspx)