SCOTT D. OWENS, P.A.
PROTECTING CONSUMERS. PURSUING JUSTICE.

3800 S. OCEAN DRIVE | SUITE 235
HOLLYWOOD, FL 33019

T: 954.589.0588 F: 954.337.0666
TOLL FREE: 844-SDO-LEGAL

www.SCOTTDOWENS.COM

ATTORNEY ADVERTISEMENT

March 23, 2017

**VIA FIRST CLASS MAIL**

Trudy Reynolds
510 NE 29th Avenue
Fort Lauderdale, FL 33311

**Re: Telemarketing Calls Received Promoting USHealth Advisors**

Dear Trudy Reynolds,

If you have already retained a lawyer in this matter, please disregard this letter. We are writing you because calling records we have obtained indicate that you received a pre-recorded telemarketing call on your cell phone promoting USHealth Advisors. We obtained your contact information using PeopleMap.

Our law firm sues companies like USHealth Advisors that use automatic dialing systems or artificial or prerecorded voices to "robocall" cell phones without the cell phone owners' consent. Such calls violate the Telephone Consumer Protection Act ("TCPA").Under the TCPA, USHealth could be ordered to pay $500 for each unlawful call. If a court finds the calls were placed willfully, USHealth could be ordered to pay $1,500 per call.

We believe you may have a case and would like to talk to you. We can be reached locally at (877) 332-8352. You may also email us directly at scott@scottdowens.com. Of course, you are free to hire any attorney to represent you in a lawsuit. You do not have to talk to us.

I, Scott Owens, Esq., am a Florida consumer lawyer representing people who have been victimized by telephone harassment and unlawful telemarketing. I graduated from the New England School of Law, and was admitted to the Florida Bar in 2002. My law firm has focused on telephone harassment matters for over four years, and has filed over fifty federal lawsuits on behalf of individuals like you. Please kindly contact our office for more information.

Thank you,

Scott D. Owens, Esq.