Hello, this message is for anyone looking for affordable health insurance coverage. If you are between the ages of 30 to 64 years old, and of average health. You qualify for private, low cost health insurance. Where you have the power to choose the doctors and hospitals that you want. So if your one of the millions who employer does not contribute to your health insurance coverage, press 1 now to be connected to a local licened agent now. To be deleted from this list presss 9.