IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 17-cv-61125-COOKE/GOODMAN

TRUDY REYNOLDS, individually and on
behalf of all others similarly situated,

                        Plaintiff,

    v.

USHEALTH GROUP, INC., a Delaware
corporation; USHEALTH ADVISORS, LLC, a
Texas limited liability company; MICHAEL
SMOOT, individually; FLOYD T. HERNDON,
individually; and DONALD DENTE,
individually,

                        Defendants.
_____

## NOTICE OF HEARING

Plaintiff Trudy Reynolds, hereby gives notice of scheduling a discovery hearing during Honorable Magistrate Judge Jonathan Goodman's regular discovery calendar at 4:30 P.M. on March 16, 2018 at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.

Plaintiff has noticed the hearing to resolve a dispute regarding the following disputes regarding discovery requests directed to Defendant USHealth Advisors, LLC:

1.      The parties dispute whether USHA must produce resources that USHA provides to its agents for purposes of marketing USHA's products, including manuals, handbooks, training materials, and marketing approval documents. (Interrogatory No. 14, RFP No. 17).

2.      The parties dispute whether USHA must search custodians' emails using agreed

upon search terms to search for (1) consumer complaints regarding telemarketing and do-not-call requests (Interrogatory No. 10, RFP Nos. 36-40) and (2) the resources USHA provides its agents as set forth in point 2 above.

3. The parties dispute whether USHA must produce documents relating to agent compensation (RFP No. 35).

4. The parties dispute whether USHA must produce its internal do-not-call database and answer the question whether it shares that database with its agents (RFP Nos. 37-40).

## COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

The undersigned hereby certifies that Plaintiff, through counsel, has conducted several telephonic conferences with Defendant's counsel regarding the discovery disputes listed herein and exchanged email correspondence. The parties have been unable to resolve these disputes.

Dated: November 3, 2017

Respectfully submitted,

SCOTT D. OWENS, P.A.

By: /s/ Scott D. Owens (No. 597651)
    Scott D. Owens (No. 597651)
    Patrick C. Crotty (No. 108541)
    Sean M. Holas (FBN 115483)
    3800 South Ocean Drive, Suite 235
    Hollywood, Florida 33019
    Telephone: (954) 589-0588
    Facsimile: (954) 337-0666
    Email: scott@scottdowens.com
    Email: patrick@scottdowens.com
    Email: sean@scottdowens.com

    Edward A. Broderick
    BRODERICK & PARONICH, P.C.
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Telephone: (617) 680-0049
    Facsimile: (617) 830-0327

- 3 -

Email: ted@broderick-law.com

Matthew P. McCue, *Admitted Pro Hac Vice*
THE LAW OFFICE OF
  MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
Email: mmccue@massattorneys.net

Beth E. Terrell, *Admitted Pro Hac Vice*
Jennifer Rust Murray, *Admitted Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, Scott D. Owens, hereby certify that on February 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Richard W. Epstein, FBN #229091
> Jeffrey A. Backman, FBN #662501
> Lauren Shoemake, FBN #94316
> GREENSPOON MARDER, P.A.
> 200 East Broward Blvd., Suite 1800
> Fort Lauderdale, Florida 33301
> Telephone: (954) 491-1120
> Facsimile: (954) 213-0140
> Email: Richard.Epstein@gmlaw.com
> Email: Jeffrey.Backman@gmlaw.com
> Email: Lauren.Shoemake@gmlaw.com
>
> *Attorneys for Defendant USHealth Group, Inc.*
>
> Michael Smoot
> 800 River Terrace
> Prescott, Wisconsin 54021-7043
> Telephone: (623)261-4458
> Email: michaelsmootaz@gmail.com
>
> *Defendant Appearing Pro Se*
>
> Peter S. Baumberger
> Michael F. Suarez
> KUBICKI DRAPER, P.A.
> 400 North Ashley Drive
> Tampa, Florida 33602-4318
> Telephone: (813)314-1155
> Email: psb@kubickidraper.com
> Email: psb-kd@kubickidraper.com
> Email: mfs@kubickidraper.com
>
> *Attorneys for Defendant Donald Dente*

       Scott W. Atherton
       Terence Michael Mullen
       Brittany A. Tarazona
       ATHERTON MCAULIFFE & REEDER PA
       224 Datura Street, Suite 815
       West Palm Beach, Florida 33401
       Telephone: (561)293-2530
       Facsimile: (561)293-2593
       Email: scott@athertonlg.com
       Email: terence@athertonlg.com
       Email: brittany@athertonlg.com

       *Attorneys for Defendant Floyd T. Herndon*

I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

DATED this 6th day of February, 2018.

                SCOTT D. OWENS, P.A.

                By: /s/ Scott D. Owens (No. 597651)
                    Scott D. Owens (No. 597651)
                    Patrick C. Crotty (No. 108541)
                    3800 South Ocean Drive, Suite 235
                    Hollywood, Florida 33019
                    Telephone: (954) 589-0588
                    Facsimile: (954) 337-0666
                    Email: scott@scottdowens.com
                    Email: patrick@scottdowens.com

                *Attorneys for Plaintiff*