**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Case No. 17-cv-61125-COOKE/GOODMAN**

TRUDY REYNOLDS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., a Delaware corporation; USHEALTH ADVISORS, LLC, a Texas limited liability company; MICHAEL SMOOT, individually; FLOYD T. HERNDON, individually; and DONALD DENTE, individually,

Defendants.

---

**DEFENDANTS USHEALTH ADVISORS, LLC, FLOYD T. HERNDON, AND DONALD DENTE'S RESPONSE TO PLAINTIFF'S NOTICE OF HEARING**

Defendants, USHEALTH Advisors, LLC, FLOYD T. HERNDON, and DONALD DENTE (collectively, "Defendants"), serve this Response to the Amended Notice of Hearing filed by Plaintiff TRUDY REYNOLDS on February 22, 2018.[1]

Plaintiff's overly broad discovery requests ask for *everything* related to every "Agent" and others for a five year time period despite this TCPA case being about only a single third party lead generator (GSI) that was used by the Tim Herndon Insurance Agency, Inc. for a very

---

[1] The Amended Notice of Hearing inaccurately describes the "disputes". There have been many meet and confers where the issues were narrowed. While the Defendants requested that modified discovery requests be served, none were. Defendants nonetheless served supplemental responses to the "requests" Plaintiff now claims to be at issue. A notice of hearing that fails to take into account where the parties have come to agreement and instead contains misrepresentations that don't accurately reflect the "disputes" is misleading and improper. As a result, the Defendants believe this to be a situation warranting a concise explanation in response to the Amended Notice of Hearing filed by Plaintiff.

short period of time (2-3 months) in the Summer of 2015 (only three (3) weeks' worth of GSI leads are actually at issue). The specific issues relevant to the supposed areas of dispute are:

(1) GSI was never hired or retained by USHEALTH Advisors, LLC;

(2) GSI intentionally concealed from the Tim Herndon Insurance Agency, Inc. the way in which it generated its leads;

(3) there is no evidence that a single GSI-generated-lead purchased any products being sold by the Tim Herndon Insurance Agency, Inc.;

(4) USHEALTH Advisors, LLC, during the 5-year time period for which Plaintiff seeks documents and information, had in excess of 8,800 independent insurance agents throughout 38 states;

(5) USHEALTH Advisors, LLC has no way of searching across all of those agencies to find every single piece of paper that may have ever been provided by USHEALTH Advisors, LLC to those 8,800 independent agents;

(6) the Plaintiff's lawyers are on their third iteration of this lawsuit and the first of the three lawsuits was filed back in August, 2015 – this would lead to the conclusion that including the time from August, 2015 to the present is unnecessary and beyond the scope of this lawsuit; and

(7) there is no DNC claim in this lawsuit.

Based upon the scope and burden involved, discovery in this case should be limited to GSI and, at most, the time period of June 2013 – July 31, 2015. *The documents relating to GSI and the 2013-2015 time period have been produced by the Defendants.* Anything beyond that, considering all of the necessary factors, would not be proportional to the needs of the case; nor would it be related to an actual claim or defense.

Respectfully submitted this 7th day of March, 2018,

GREENSPOON MARDER LLP

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
JEFFREY A. BACKMAN
Florida Bar No. 662501
Jeffrey.Backman@gmlaw.com
LAUREN SHOEMAKE
Florida Bar No. 94316
Lauren.Shoemake@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
*Attorneys for Defendant USHealth Advisors, LLC*

ATHERTON MCAULIFFE & REEDER, PA

*/s/ Scott W. Atherton*
Scott W. Atherton
scott@athertonlg.com
Terence M. Mullen
michael@athertonlg.com
Brittany A. Tarazona
brittany@athertonlg.com
e-service@athertonl.com
tracey@athertonlg.com
Atherton McAuliffe & Reeder, PA
224 Datura St., Suite 815
West Palm Beach, FL 33401
(561)293-2530; (561)293-2593-fx
*Attorneys for Defendant Floyd Herndon*

KUBICKI DRAPER, P.A.

*/s/ Peter S. Baumberger*
Peter S. Baumberger
psb@kubickidraper.com
psb-kd@kubickidraper.com
Michael F. Suarez
mfs@kubickidraper.com
400 N. Ashley Drive
Tampa, FL 33602-4318
(813)314-1155
*Attorneys for Defendant Donald Dente*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2018, I electronically transmitted the foregoing to the following:

Scott D. Owens
Patrick C. Crotty
SCOTT D. OWENS, P.A.
3800 South Ocean Drive, Suite 235
Hollywood, Fl 33019
(954)589-0588; (954)337-0666-fx
scott@scottdowens.com
patrick@scottdowens.com
*Attorneys for Plaintiff*

Edward A. Broderick, *Pro Hac Vice*
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617)738-7080
ted@broderick-law.com
*Co-Counsel for Plaintiff*

Beth E. Terrell, *Pro Hac Vice*
Jennifer Rust Murray, *Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
(206)816-6603; (206)350-3528-fx
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
*Co-Counsel for Plaintiff*

Matthew P. McCue, Esq. *Pro Hac Vice*
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
(508)655-1415; (508)319-3077
mmccue@massattorneys.net
*Co-Counsel for Plaintiff*

Michael Smoot
800 River Terrace
Prescott, WI 54021-7043
(623)261-4458
michaelsmootaz@gmail.com
*Appearing Pro Se*

Peter S. Baumberger
Michael F. Suarez
KUBICKI DRAPER, P.A.
400 N. Ashley Drive
Tampa, FL 33602-4318
(813)314-1155
psb@kubickidraper.com
psb-kd@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendant Donald Dente*

Scott W. Atherton
Terence M. Mullen
Brittany A. Tarazona
Atherton McAuliffe & Reeder, PA
224 Datura St., Suite 815
West Palm Beach, FL 33401
(561)293-2530; (561)293-2593-fx
scott@athertonlg.com
e-service@athertonl.com
michael@athertonlg.com
brittany@athertonlg.com
tracey@athertonlg.com
*Attorneys for Defendant Floyd Herndon*

*/s/Jeffrey A. Backman*