**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Case No. 17-cv-61125-COOKE/GOODMAN**

TRUDY REYNOLDS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., a Delaware corporation; USHEALTH ADVISORS, LLC, a Texas limited liability company; MICHAEL SMOOT, individually; FLOYD T. HERNDON, individually; and DONALD DENTE, individually,

Defendants.

---

**DEFENDANTS USHEALTH ADVISORS, LLC, FLOYD T. HERNDON, AND DONALD DENTE'S NOTICE OF AUTHORITIES**

Defendants, USHEALTH Advisors, LLC, FLOYD T. HERNDON, and DONALD DENTE (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Notice of Authorities to apprise the Court of the existence of:

(1) *Bagg v. USHEALTH Group, Inc. et al.*, No. 6:15-cv-1666-ORL-37GJK, ECF 76 (M.D. Fla. July 26, 2016), attached as Exhibit A, wherein the court denied Plaintiffs' Motion to Compel to the extent it sought information relating to agents other than the single independent agent that was alleged to have sent the fax at issue. The court also sustained USHEALTH Advisors, LLC's burdensome objection with respect to searching the e-mail accounts of every single USHEALTH Advisors, LLC agent since 2011 (all 9,128 of them).

(2) *Mey v. Enterprise Financial Group, Inc.*, No. 2:15-cv-463-FTM-99MRM, 2016WL9110357 (M.D. Fla. July 27, 2016), attached as Exhibit B, wherein the court denied the

same Plaintiff's attorneys' motion to compel seeking documents and information beyond the scope of the single lead generator and single call campaign actually at issue in the case, explaining: "There are no allegations in the Class Action complaint concerning telemarketers other than NRP. Thus, Plaintiff failed to meet her initial burden of showing that information from telemarketers other than NRP is relevant to a claim or defense in this case."

(3) Plaintiff's Amended Complaint, attached as Exhibit C; and

(4) Plaintiff's Amended Statement of Claim, attached as Exhibit D.

Respectfully submitted this 7th day of March, 2018,

GREENSPOON MARDER LLP

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
JEFFREY A. BACKMAN
Florida Bar No. 662501
Jeffrey.Backman@gmlaw.com
LAUREN SHOEMAKE
Florida Bar No. 94316
Lauren.Shoemake@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
*Attorneys for Defendant USHealth Advisors, LLC*

ATHERTON MCAULIFFE & REEDER, PA

*/s/ Scott W. Atherton*
Scott W. Atherton
scott@athertonlg.com
Terence M. Mullen
michael@athertonlg.com
Brittany A. Tarazona
brittany@athertonlg.com
e-service@athertonl.com
tracey@athertonlg.com
Atherton McAuliffe & Reeder, PA
224 Datura St., Suite 815
West Palm Beach, FL 33401
(561)293-2530; (561)293-2593-fx
*Attorneys for Defendant Floyd Herndon*

KUBICKI DRAPER, P.A.

*/s/ Peter S. Baumberger*
Peter S. Baumberger
psb@kubickidraper.com
psb-kd@kubickidraper.com
Michael F. Suarez
mfs@kubickidraper.com
400 N. Ashley Drive
Tampa, FL 33602-4318
(813)314-1155
*Attorneys for Defendant Donald Dente*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I electronically transmitted the foregoing to the following:

Scott D. Owens
Patrick C. Crotty
SCOTT D. OWENS, P.A.
3800 South Ocean Drive, Suite 235
Hollywood, Fl 33019
(954)589-0588; (954)337-0666-fx
scott@scottdowens.com
patrick@scottdowens.com
*Attorneys for Plaintiff*

Edward A. Broderick, *Pro Hac Vice*
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617)738-7080
ted@broderick-law.com
*Co-Counsel for Plaintiff*

Beth E. Terrell, *Pro Hac Vice*
Jennifer Rust Murray, *Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
(206)816-6603; (206)350-3528-fx
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
*Co-Counsel for Plaintiff*

Matthew P. McCue, Esq. *Pro Hac Vice*
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
(508)655-1415; (508)319-3077
mmccue@massattorneys.net
*Co-Counsel for Plaintiff*

Michael Smoot
800 River Terrace
Prescott, WI 54021-7043
(623)261-4458
michaelsmootaz@gmail.com
*Appearing Pro Se*

Peter S. Baumberger
Michael F. Suarez
KUBICKI DRAPER, P.A.
400 N. Ashley Drive
Tampa, FL 33602-4318
(813)314-1155
psb@kubickidraper.com
psb-kd@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendant Donald Dente*

Scott W. Atherton
Terence M. Mullen
Brittany A. Tarazona
Atherton McAuliffe & Reeder, PA
224 Datura St., Suite 815
West Palm Beach, FL 33401
(561)293-2530; (561)293-2593-fx
scott@athertonlg.com
e-service@athertonl.com
michael@athertonlg.com
brittany@athertonlg.com
tracey@athertonlg.com
*Attorneys for Defendant Floyd Herndon*

*/s/Jeffrey A. Backman*