IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:17-cv-61125-COOKE/GOODMAN

TRUDY REYNOLDS, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

USHEALTH GROUP, INC., a Delaware corporation; USHEALTH ADVISORS, LLC, a Texas limited liability company; MICHAEL SMOOT, individually; FLOYD T. HERNDON, individually; and DONALD DENTE, individually,

                Defendants.

## JOINT NOTICE OF SETTLEMENT

NOW COME the Plaintiff Trudy Reynolds and Defendants USHEALTH Group, Inc., USHEALTH Advisors, LLC, Donald Dente, Floyd Timothy Herndon and Michael Smoot, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff Trudy Reynolds' claims against all Defendants. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Respectfully submitted, this 11th day of May, 2018.

FOR PLAINTIFF TRUDY REYNOLDS

By: /s/ *Scott D. Owens*
Scott D. Owens
Florida Bar No. 0597651
SCOTT D. OWENS, P.A. 3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Telephone: (954) 589-058
Facsimile: (954) 337-0666
scott@scottdowens.com


Edward A. Broderick,
*Pro Hac Vice*
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
Tel: (617) 738-7080
Fax: (617) 830-0327
ted@broderick-law.com


GREENSPOON MARDER LLP

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
JEFFREY A. BACKMAN
Florida Bar No. 662501
Jeffrey.Backman@gmlaw.com
LAUREN SHOEMAKE
Florida Bar No. 94316
Lauren.Shoemake@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140

*Attorneys for Defendant USHEALTH ADVISORS, LLC*

*/s/ Peter S. Bamberger*
Peter S. Baumberger
Michael F. Suarez
KUBICKI DRAPER, P.A.
400 N. Ashley Drive
Tampa, FL 33602-4318
(813)314-1155
psb@kubickidraper.com
psb-kd@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendant Donald Dente*


*/s/ Scott W. Atherton*
Scott W. Atherton
Terence Michael Mullen
Brittany A. Tarazona
Atherton McAuliffe & Reeder PA
224 Datura Street, Suite 815
West Palm Beach, FL 33401
(561)293-2530; (561)293-2593-fx
scott@athertonlg.com
terence@athertonlg.com
brittany@athertonlg.com
*Counsel for Defendant Floyd T. Herndon*


*/s/ Michael Smoot*
Michael Smoot
800 River Terrace
Prescott, WI 54021-7043
(623)261-4458
michaelsmootaz@gmail.com
*Pro Se*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 11, 2018, I electronically filed the above document using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel for parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Ave, Suite 3
Natick, MA 01760
(508) 655-1415
mmccue@massattorneys.net
*Attorneys for Plaintiff*

Edward A. Broderick, *Pro Hac Vice*
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA  02110
(617)738-7080
ted@broderick-law.com
*Co-Counsel for Plaintiff*

Beth E. Terrell, *Pro Hac Vice*
Jennifer Rust Murray, *Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA  98103-8869
(206)816-6603; (206)350-3528-fx
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
*Co-Counsel for Plaintiff*

Michael Smoot
800 River Terrace
Prescott, WI  54021-7043
(623)261-4458
michaelsmootaz@gmail.com
*Appearing Pro Se*

Richard W. Epstein
Jeffrey A. Backman
Lauren Shoemake
GREENSPOON MARDER, LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
*Attorneys for Defendants USHEALTH ADVISORS, LLC and USHEALTH GROUP, INC.*

Peter S. Baumberger
Michael F. Suarez
KUBICKI DRAPER, P.A.
400 N. Ashley Drive
Tampa, FL  33602-4318
(813)314-1155
psb@kubickidraper.com
psb-kd@kubickidraper.com
mfs@kubickidraper.com
*Attorneys for Defendant Donald Dente*

4

        Scott W. Atherton
Terence Michael Mullen
Brittany A. Tarazona
Atherton McAuliffe & Reeder PA
224 Datura Street, Suite 815
West Palm Beach, FL 33401
(561)293-2530; (561)293-2593-fx
scott@athertonlg.com
terence@athertonlg.com
brittany@athertonlg.com
*Counsel for Defendant Floyd T. Herndon*

        *Scott D. Owens*
        Scott D. Owens