**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-61125-Civ-COOKE/GOODMAN**

TRUDY REYNOLDS, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

USHEALTH ADVISORS, LLC, a
Texas limited liability company, MICHAEL
SMOOT, individually and DONALD DENTE,
individually,

    Defendants.

_____/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Notice of Settlement, ECF No. 96. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 11th day of May 2018.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*